CAT

April 11, 2015

United States Court of Appeals
For The Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

No. 15-1308

I, Clara Duffield, wish to dismiss the appeal at this time. I understand a final order has not been ruled on.

Clara Duffield

FILED
APR 17 2015
U.S. Court of Appeals
Fourth Circuit

RECEIVED
2015 APR 17 AM 9: 54
U.S. COURT OF APPEALS
FOURTH CIRCUIT

**Clara Duffield**
86 Lone Deer Dr.
Sutton, WV 26601-3788

CHARLESTON WV 253
13 APR 2015 PM 2 L

Attn: Cathy Tyree Senk, Deputy Clerk
United States Court of Appeals
For The Fourth Circuit
1100 Main Street
Richmond, Virginia 23219